JUDGE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

JIMMY J. CARTER,

Defendant.

CASE NO. CR21-56-RSM-04

**ORDER GRANTING RETURN OF PASSPORT TO MR. CARTER THROUGH DEFENSE COUNSEL**

This matter comes before the Court on the unopposed motion to return defendant, Jimmy J. Carter's passport to defense counsel. The Court, having reviewed the file and considered the reasons set forth, HEREBY ORDERS: The return of Jimmy J. Carter's passport to defense counsel, Cynthia B. Jones.

ORDER ON MOTION TO RETURN PASSPORT TO MR. CARTER THROUGH DEFENSE COUNSEL – Page 1

*Jones Legal Group, LLC*
*1200 Fifth Avenue, Suite 1711*
*Seattle, WA 98101*
*(206) 596-7878*

Dated this 7th day of October, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Cynthia B. Jones*
Cynthia B. Jones

Attorney for Jimmy J. Carter

ORDER ON MOTION TO RETURN PASSPORT TO MR. CARTER THROUGH DEFENSE COUNSEL – Page 2

*Jones Legal Group, LLC*
*1200 Fifth Avenue, Suite 1711*
*Seattle, WA 98101*
*(206) 596-7878*